THE VILLAGE OF BOLIVAR, Respondent, *v.* THE PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY, Appellant, Impleaded with Another.

*Village of Bolivar* v. *P., S. & N. R. R. Co.*, 88 App. Div. 387, affirmed.

(Argued June 1, 1904; decided June 17, 1904.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1903, which reversed an order of Special Term vacating a temporary injunction to restrain the defendants from building a certain railroad crossing at grade.

The following question was certified: "Did the defendant, The Pittsburg, Shawmut and Northern Railroad Company, have the right to construct its railroad across Main Street, in the Village of Bolivar without first obtaining a determination under section sixty of the Railroad Law by the State Board of Railroad Commissioners as to the manner of such crossing?"

*Frank Sullivan Smith* and *Fred A. Robbins* for appellant.

*De Merville Page* and *E. M. Worth* for respondent.

Order affirmed, with costs, and question certified answered in the negative, on opinion below.

Concur: O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.: Not voting: PARKER, Ch. J.